# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JANUARY 13, 2016

### NO.  03-14-00116-CV

**Steve Key; Pat Curry; PJC Properties, L.L.C.; and
PJC Central Texas Freight Lines, L.L.C., Appellants**

**v.**

**Daniel R. Richards, as Receiver for Centex Freight Lines, L.L.C. and
Prudence Adams, Appellees**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PURYEAR
CONCURRING OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on December 20, 2013.  Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the judgment.  Therefore, the Court affirms the trial court's judgment.  Appellants shall pay all

costs relating to this appeal, both in this Court and the court below.